

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

*The Firm that Fights for Workers' Rights!*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/2/2025__

September 1, 2025

**VIA ECF**

Hon. Judge Nelson Stephen Roman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, New York, NY 10007

*Case: Martinez et al v. PPM Group LLC et al*
*Case No.: 7:25-cv-00245-NSR-JCM*
*Re: Request for Stay of Proceedings*

Dear Judge Roman:

    I represent the Plaintiff in the above-referenced matter. I am writing to the Court seeking a stay of the case for at least four months. For the past six months, I have been dealing with a significant undiagnosed health issue. Although I have been hopeful that the symptoms I have been experiencing would have been resolved, they have only grown more significant.

    At this point, I have been advised to reduce as many of my clients as possible while I begin undergoing diagnostic testing, and to see how reduced work may alleviate some of the symptoms I am experiencing. Testing begins in a few weeks, and pending the outcome, I will be better situated to navigate this challenge.

    As such, I would like the Court's assistance in staying the proceedings in this case and allowing me to try to resolve the cases in settlement on behalf of my clients, and if not, assist them in finding substitute counsel. I hope that I will be able to resolve the case on their behalf with the assistance of opposing counsel.

    I have discussed this with opposing counsel, and they consent to this request.

Respectfully,

**MEMO ENDORSED**

By: *Jordan El-Hag*<br>
Jordan El-Hag, Esq.<br>
Attorney for Plaintiff<br>
777 Westchester Ave., Ste. 101<br>
White Plains, NY 10604<br>
(914) 218-6190 (o)<br>
(914) 206-4176 (f)<br>
Jordan@elhaglaw.com

**Plaintiffs' counsel application seeking a stay of the action through January 12, 2026, is granted. Prior to January 12, 2026, the parties must notify the Court in writing of any settlement. If no settlement is reached, the stay will be deemed lifted/vacated as of January 13, 2026. Additionally, Plaintiffs' counsel must notify the Court whether he seeks to be relieved and whether new counsel has been retained or substituted. Plaintiffs' counsel is directed to notify Magistrate Judge Judith C. McCarthy's Chambers of this Court's order staying the action. The Clerk of Court is respectfully requested to terminate the motion at ECF No. 16.**

**Dated: September 2, 2025**
       **White Plains, New York**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge