**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OSCAR MARTINEZ, *et al.*,

                          Plaintiffs,          **SCHEDULING ORDER**

    -against-                                    25 Civ. 245 (NSR)(JCM)

PPM GROUP LLC, *et al.*

                          Defendants.
------------------------------------------------------------X

On September 2, 2025, Judge Román stayed this matter until January 12, 2026. (Docket No. 17). Therefore, the Telephone Conference scheduled for September 8, 2025 at 10:30 a.m. before Magistrate Judge Judith C. McCarthy is adjourned *sine die*. In addition, the parties are directed to submit a joint letter on January 13, 2026 notifying the Court whether the stay has been lifted.

Dated: September 3, 2025
       White Plains, New York

                                                        **SO ORDERED:**

                                                        JUDITH C. McCARTHY
                                                       United States Magistrate Judge