**El Hag & Associates**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2026

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

*The Firm that Fights for Workers' Rights!*

January 2, 2025

**MEMO ENDORSED**

**Via EFC**

Hon. Nelson Stephen Roman
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> *Re: Martinez et al v. PPM Group LLC et al*
> *Case No. 7:25-cv-00245-NSR-JCM*
> *Joint Letter*

Dear Judge Roman:

The parties respectfully submit this letter pursuant to the Court's September 3, 2025 Scheduling Order directing the parties to notify the Court whether the stay of this action has been lifted.

The parties advise the Court that settlement efforts were undertaken during the stay period; however, the matter did not resolve. The parties believe that it would be valuable to resume this action and proceed with discovery in order to move the case forward.

Accordingly, the parties respectfully request that the Court schedule a status conference to discuss the resumption of the case, establish revised discovery deadlines, and address any outstanding or anticipated discovery issues.

Plaintiff's counsel continues to represent Plaintiff in this matter and does not seek to be relieved. No substitution of counsel has occurred.

The parties are prepared to proceed promptly in accordance with any schedule set by the Court.

Thank you for the Court's time and consideration,

*Jordan El-Hag*

Jordan El-Hag
El-Hag and Associates, P.C.
777 Westchester Ave, Suite 101
White Plains, New York 10604
(914)-755-1579
Fax: (914)-206-4176
jordan@elhaglaw.com

cc: George Felix Brenlla
Brenlla, LLC
250 Park Avenue 7th Floor
New York, NY 10177
212-364-5173
Fax: 646-219-0983
Email: gfbrenlla@brenllalaw.com

The Court grants the parties' request and directs
the Clerk of Court to lift the stay. The parties are
further directed to contact Judge McCarthy for
matters related to discovery.
Dated: January 5, 2026
        White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge