UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OSCAR MARTÍNEZ, DODA CHÁVEZ,
MIGUEL GONZALES, JOSE CHOM and
JOSE AGUILAR,

                Plaintiffs,

         -against-

PPM GROUP LLC, PARISH PROPERTY
MANAGEMENT INC,
PPM RESTORATION LLC,
PPM CONTRACTING, INC., and
WILLIAM O'CONNOR.,

                Defendants.
-------------------------------------------------------X

**ORDER**

25 Civ. 245 (NSR)(JCM)

Presently before the Court is the motion by El-Hag & Associates, PC and Jordan El-Hag, Esq. (collectively, "Counsel") for leave to withdraw as counsel for Plaintiffs Jose Aguilar and Jose Chom in this action. (Docket No. 25). The Court has reviewed the motion, along with the memorandum of law, (Docket No. 25-1), and the declaration of Jordan El-Hag in support of the motion, (Docket No. 25-2). The Court requires additional information before ruling on the motion.

By May 28, 2026, Counsel is directed to serve original and Spanish-translated copies of the underlying motion, its supporting papers, and this Order on Plaintiffs Aguilar and Chom via electronic communication.

By May 29, 2026, Counsel is directed to file an affirmation and proof of service confirming that original and Spanish-translated copies of the underlying motion, its supporting papers, and this Order were served on Plaintiffs Aguilar and Chom via electronic communication. Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, Counsel's affirmation must also indicate whether or not they are asserting a retaining or charging lien.

The Court further directs Plaintiffs Aguilar and Chom to respond to Counsel's request to withdraw by June 19, 2026. Plaintiffs Aguilar and Chom are warned that failure to respond will result in the motion being deemed unopposed.

Dated: May 22, 2026
       White Plains, New York

                                        **SO ORDERED:**

                                        JUDITH C. McCARTHY
                                        United States Magistrate Judge

2