UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
OSCAR MARTINEZ, *et al.*,

                    Plaintiffs,

      -against-

PPM GROUP LLC, *et al.*,

                    Defendants.

-------------------------------------------------------------------X

**ORDER**

25 Civ. 245 (NSR)(JCM)

On May 27, 2026, Plaintiffs' attorney filed an Affirmation of Service, (Docket No. 27), pursuant to the Court's May 22, 2026 Order, (Docket No. 26), wherein Plaintiffs' counsel affirmed that copies of the following documents were served on Plaintiffs Jose Aguilar and Jose Chom, ("Plaintiffs"): (1) The Motion to Be Relieved as Counsel; (2) The supporting Affirmation and Memorandum of Law; (3) Spanish-translated copies of the Motion, supporting papers, and related documents; and (4) The Court's May 22, 2026 Order. Counsel also attached copies of the translated documents and the electronic communications with Plaintiffs as proof of service. (Docket 27-1.). However, these copies did not include proof of service of a Spanish-translated version of the Court's May 22, 2026 Order. Thus, Plaintiffs' counsel is directed to file proof of service of the translated version of the May 22, 2026 Order by June 8, 2026.

Dated: June 1, 2026
      White Plains, New York

                          **SO ORDERED:**

                          *Judith C. McCarthy*

                          JUDITH C. McCARTHY
                          United States Magistrate Judge

1